NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ERNEST HARRINGTON,
DOC #H26139,

        Appellant,

v.

STATE OF FLORIDA,

        Appellee.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2D17-4289

Opinion filed August 3, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County; Donald G. Jacobsen, Judge.

PER CURIAM.

        Affirmed.

VILLANTI, SLEET, and ATKINSON, JJ., Concur.